United States District Court
Southern District of Texas
FILED

NOV 1 8 2005

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CASE NO. L-05-CR-2300 |
| Pastor Gomez Morales | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on November 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 18 day of November, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE